Julius SCHMUTZ, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9602.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1943.

Henry H. Mathis, of Louisville, Ky., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Bernard D. Daniels, A. F. Prescott, and Mamie S. Price, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel; on consideration whereof it is ordered and adjudged that the decision of the Tax Court of the United States be and the same is affirmed upon the grounds and for the reasons set forth in the memorandum findings of fact and opinion of the Tax Court filed March 27, 1943.

■

SECOND NATIONAL BANK OF ASHLAND, KENTUCKY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9532.

Circuit Court of Appeals, Sixth Circuit.

Dec. 15, 1943.

Richard D. Davis, of Ashland, Ky., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Bernard D. Daniels, A. F. Prescott, and Louise Foster, all of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel. On consideration whereof, it is ordered that the decision of the Tax Court of the United States be and the same is hereby affirmed, upon the grounds and for the reasons stated in the memorandum opinion of the Tax Court entered on June 23, 1942.

■

UNITED STATES of America, Appellant, v. William A. SECREST and Vance E. Wrinkle, Administrator of the Estate of John Secrest, Deceased.

No. 9410.

Circuit Court of Appeals, Sixth Circuit.

Nov. 29, 1943.

James B. Frazier, Jr., and Richard N. Ivins, both of Chattanooga, Tenn., for appellant.

John S. Wrinkle, of Chattanooga, Tenn., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel. And it appearing that the case was tried to a jury which found, in answer to written interrogatories, submitted by the District Court for special verdicts, that the deceased veteran on June 12, 1918, was of unsound mind and could not commit a fraud; that he was of unsound mind on July 30, 1930, and could not know nor assert his rights, and that he was totally and permanently disabled on October 1, 1918; and that substantial evidence supports both the special verdicts and the general verdict: It is ordered that the judgment be, and it hereby is, affirmed.